# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| KENNETH JONES ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> JASPER WYMAN & SON, ) <br> ) <br> Defendant ) <br> ) | **Case No.** |

## DEFENDANT JASPER WYMAN & SON'S
## NOTICE OF REMOVAL

Defendant Jasper Wyman & Son ("Defendant"), by counsel and pursuant to 28 U.S.C. § 1441, *et seq.*, requests removal of a civil action commenced in Washington County Superior Court, titled *Kenneth Jones v. Jasper Wyman & Son*, Civil Action Docket No. MACSC-CV-2020-5. In support of removal, Defendant states as follows:

1. Plaintiff Kenneth Jones commenced this action by filing a Complaint in Maine's Washington County Superior Court on or about March 25, 2020, a copy of which is attached as Exhibit A to the Declaration of Elizabeth T. Johnston ("Johnston Declaration").

2. On April 15, 2020, the Summons and Complaint were served upon Defendant and Defendant filed a responsive pleading on May 7, 2020.

3. By leave of court, Plaintiff filed an Amended Complaint on October 9, 2020, which Defendant received by email on October 9, 2020.

4. While Plaintiff's original Complaint asserted only claims arising under state law, the Amended Complaint alleges violations of 42 U.S.C. § 1981. Therefore, the Amended Complaint arises under the laws of the United States of America.

5.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely as it has been filed with this Court within thirty (30) days after receipt by Defendant of Plaintiff's Amended Complaint.

6.      This Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and thus the action may be removed to this Court pursuant to 28 U.S.C. §§1441(c) and 1446(a).

7.      The United States District Court for the District of Maine is the federal judicial district encompassing the Superior Court of Washington County, Maine, where this suit was originally filed. Therefore, venue in this district is proper pursuant to 28 U.S.C. §1441(a).

8.      Pursuant to 28 U.S.C. § 1446(a), copies of the Complaint, Summons, and other papers served on Defendant are attached, being all the process, pleadings, and orders served upon Defendant.

9.      Pursuant to 28 U.S.C. § 1446(d), Defendant this day is filing a copy of the Notice of Removal with the Washington County Superior Court and sending copies of the notice to all parties of record.

WHEREFORE, Defendant Jasper Wyman & Son respectfully requests that the above-captioned action be removed from the Washington County Superior Court to this Court.

Dated at Portland, Maine, October 16, 2020

/s/ Elizabeth T. Johnston
Elizabeth T. Johnston, Esq. Bar No. 5806
Douglas P. Currier, Esq., Bar No. 3194
Verrill Dana, LLP
One Portland Square
Portland, ME 04101
Phone: 207-774-4000
Fax: 207-774-7499
ejohnston@verrill-law.com
dcurrier@verrill-law.com
Attorneys for Defendant
Jasper Wyman & Son

## CERTIFICATE OF SERVICE

I certify that on October 16, 2020, I electronically filed Defendant Jasper Wyman & Son's Notice of Removal by electronic mail addressed to the following:

newcases.bangor@med.uscourts.gov

with service to:

Lisa J. Butler
Maine Employee Rights Group
92 Exchange Street
Portland, Maine 04101
lisa@employeerightslaw.attorney

/s/ Elizabeth T. Johnston
Elizabeth T. Johnston, Esq.
VERRILL DANA LLP
One Portland Square
Portland, ME  04101
Telephone (207) 774-4000
ejohnston@verrill-law.com

14307130_1